# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00699-CV

**George Pangborn, Appellant**

**v.**

**Burnet County, Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT NO. 33,208, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties in this appeal have filed an agreed motion to dismiss the appeal pursuant to their settlement agreement. In their motion, the parties request this Court to dismiss the appeal and remand the cause to the district court with instructions to dismiss all claims with prejudice, except for those claims required to support the district court's final judgment and writ of expunction. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), we grant the parties' agreed motion, vacate the district court's judgment, and remand the cause to the district court with instructions to dismiss all claims with prejudice, except for those claims required to support the district court's final judgment and writ of expunction, in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Vacated and Remanded

Filed:   January 29, 2009